**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-CV-5950** |
| | § | |
| **ALEXANDER JOSE GAONA CASTILLO,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## COMPLAINT

Pursuant to Title 8, United States Code, Section 1324d(a), the United States of America, by its attorney, Nicholas J. Ganjei, United States Attorney for the Southern District of Texas, brings this action against Defendant **ALEXANDER JOSE GAONA CASTILLO** to collect a civil monetary penalty owed to the United States pursuant to Section 274D of the Immigration and Nationality Act ("INA"), and alleges the following:

### PARTIES

1. Plaintiff is the United States of America ("United States"). The United States brings this action on behalf of the Department of Homeland Security ("DHS") as an agency of the United States.

2. Upon information and belief, Defendant during all relevant times is an individual and noncitizen alien residing in the County of Harris within this district.

### JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1345, and 1355(a) and venue is proper in the Southern District of Texas pursuant to 28 U.S.C. §§ 1391(b)(1), 1395(a).

### APPLICABLE AUTHORITY

4. Pursuant to 8 U.S.C. § 1324d(a), an alien subject to a final order of removal who willfully fails or refuses to depart from the United States shall pay a civil penalty. Pursuant to 8 C.F.R. § 280.53(b)(14), the civil penalty is $998.00 for each day of the violation.

## GENERAL ALLEGATIONS

5. Defendant is indebted to the United States for a civil penalty assessed for willfully failing or refusing to leave the United States pursuant to Defendant's Final Order of Removal.

6. On January 11, 2024, an Immigration Judge entered a Final Order of Removal against Defendant.

7. Pursuant to 8 U.S.C. § 1229a(c)(5), the Final Order of Removal stated that a willful failure or refusal to depart from the United States pursuant to the Order would subject Defendant to a civil monetary penalty for each day Defendant is in violation of the Order.

8. Upon information and belief, Defendant thereafter has willfully failed or refused to depart from the United States, in defiance of that Order, and is therefore subject to accrued civil penalties.

9. On or around May 7, 2025, DHS issued a Notice of Intention to Fine ("NOIF"), notifying Defendant of its intent to impose a fine of $480,038.00 based on Defendant's failure to voluntarily depart the United States by the specified date.

10. On or around May 22, 2025, DHS mailed a copy of the NOIF to the Defendant via certified mail. On June 5, 2025, the NOIF was delivered.

11. On or around June 11, 2025, DHS received a certified mail receipt, confirming delivery of the NOIF.

12. Defendant did not respond to the NOIF or otherwise contest the imposition of a penalty.

13. On June 23, 3035, DHS issued a final order, imposing a civil penalty of $480,038.00 on

Defendant for failure to voluntarily depart.

14. To date, the civil monetary penalty remains unpaid.

15. Upon information and belief, Defendant continues to reside in the United States.

## PRAYER FOR RELIEF

### Civil Penalties for Failure to Depart – 8 U.S.C. § 1324d(a), 8 C.F.R. § 280.53(b)(14)

WHEREFORE, Plaintiff United States of America prays:

16. For judgment against Defendant in the amount of $480,038.00, plus interest, penalties, costs and fees that have accrued to the date of judgment; and thereafter, interest accruing at the legal rate pursuant to 28 U.S.C. § 1961; and

17. For such other and further relief as the Court deems just and proper.

Respectfully submitted,
NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*/s/ Brandon L. Fyffe*
Brandon L. Fyffe
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
Telephone: 713-567-9000
Email: brandon.fyffe@usdoj.gov